THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BURGESS, Appellant. [948 NYS2d 565]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Angiolillo, J.P., Eng, Lott and Cohen, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL DICKENS, Appellant. [948 NYS2d 564]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Angiolillo, J.P., Eng, Lott and Cohen, JJ., concur.